An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

CENTER OF HOPE CHRISTIAN
FELLOWSHIP, LOCAL, CHURCH OF
GOD IN CHRIST, A DOMESTIC NON-
PROFIT NEVADA CORPORATION,
Appellant,
vs.
DCR REAL ESTATE III SUB I, LLC, A
DELAWARE LIMITED LIABILITY
COMPANY,
Respondent.

No. 62367

**FILED**

JUN 1 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court judgment of restitution in an unlawful detainer action. Second Judicial District Court, Washoe County; Brent T. Adams, Judge.

When our preliminary review of the docketing statement and the NRAP 3(g) documents revealed a potential jurisdictional defect, on April 9, 2013, we directed appellant to, within 30 days, show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, we noted that NRS 40.360 provides for judgments of restitution, which, under subsection 2, are to include any damages for waste and rent. Here, the appealed judgment appeared to resolve respondent's claim for restitution and, implicitly, appellant's counterclaims. Respondent also sought damages and/or rent, however, but no monetary amounts were awarded or denied in the judgment. As a result, it appeared that the judgment did not resolve respondent's claim for damages and/or rent and, thus, that the judgment did not finally resolve respondent's unlawful detainer claim such that it is appealable under NRS 40.380. *See also* NRAP 3A(b)(1) (providing for appeals from final judgments).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17033

To date, appellant has failed to respond to our order to show cause or to otherwise demonstrate that this court has jurisdiction to consider this appeal. Accordingly, it appears we lack jurisdiction, and we ORDER this appeal DISMISSED.

                                            , J.
Gibbons

                                            , J.
Douglas

                                            , J.
Saitta

cc:    Hon. Brent T. Adams, District Judge
       Jill I. Greiner, Settlement Judge
       Tory M. Pankopf
       Gordon Silver/Reno
       Washoe District Court Clerk